703 A.2d 703

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Matthew E. JACKSON, Jr., Respondent.

No. 372 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Nov. 13, 1997.

## ORDER

PER CURIAM:

AND NOW, this 13th day of November, 1997, upon consideration of the Report and Recommendations of the Disciplinary Board dated September 11, 1997, it is hereby

ORDERED that MATTHEW E. JACKSON, JR., be subjected to PUBLIC CENSURE by the Supreme Court.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.